UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 3:24-CR-104-KAC-DCP |
| OSCAR TERRY YOUNG, | ) ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Oscar Terry Young's Unopposed Motion to Continue Motion Deadline, Plea Deadline, and Trial Date [Doc. 14], filed on November 6, 2024.

Defendant Young requests that the Court continue the motion deadline, plea deadline, and trial date [Doc. 14]. He seeks a continuance of ninety days [*Id.* at 2]. He states that he needs additional time to research, investigate, and determine whether to file pretrial motions [*Id.* ¶ 2]. He states that the discovery contains numerous multimedia items [*Id.*]. Further, he has requested but not yet received supplemental discovery from the Government [*Id.*]. Defendant also states that he needs time to review potential sentencing guidelines with his counsel [*Id.*]. He notes that he is in custody in Laurel County, Kentucky, which requires additional time for his counsel to travel to consult with him [*Id.*]. Defendant understands that the time between filing this motion and a rescheduled trial date is fully excludable for speedy trial purposes [*Id.* ¶ 4]. He represents that the Government does not oppose this request [*Id.* ¶ 5].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance

outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i)–(iv). Defense counsel needs more time to research and investigate the matter, determine whether to file pretrial motions, and review discovery with Defendant. The Court finds that all of this cannot occur before the December 17, 2024 trial date.

The Court therefore **GRANTS** Defendant Oscar Terry Young's Unopposed Motion to Continue Motion Deadline, Plea Deadline, and Trial Date [**Doc. 14**]. The trial of this case is reset to **April 8, 2025**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on November 6, 2024, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant Oscar Terry Young's Unopposed Motion to Continue Motion Deadline, Plea Deadline, and Trial Date [**Doc. 14**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **April 8, 2025, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **November 7, 2024** and the new trial date of **April 8, 2025**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is extended to **December 9, 2024**, and responses to motions are due on or before **December 23, 2024**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **March 10, 2025**;

(6) the deadline for filing motions *in limine* is **March 24, 2025**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **March 25, 2025, at 10:30 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **March 28, 2025**.

**IT IS SO ORDERED.**

ENTER:

_/s/ Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge